IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01534-AP

FILADELFIO SALAZAR,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

---

JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

---

1.     APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

| For Plaintiff: | For Defendant: |
|---|---|
| Michael W. Seckar | John F. Walsh |
| Attorney for Plaintiff | United States Attorney |
| 402 W. 12th Street | |
| Pueblo, Colorado 81003 | J. Benedict García |
| (719) 543-8636 | Assistant United States Attorney |
| seckarlaw@mindspring.com | United States Attorney's Office |
| | District of Colorado |
| | |
| | Michael Howard |
| | Special Assistant United States Attorney |
| | Office of the General Counsel |
| | Social Security Administration |
| | 1001 17th St. |
| | Denver, Colorado 80202 |
| | (303) 844-7192 |
| | Michael.howard@ssa.gov |

2.     STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

    The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

3.     DATES OF FILING OF RELEVANT PLEADINGS

    A. Date Complaint was filed: June 13, 2012

    B. Date Complaint was served on U.S. Attorney's Office: July 2, 2012

    C. Date Answer and Administrative Record were filed: September 18, 2012

4.     STATEMENT REGARDING THE ADEQUACY OF THE RECORD

    The parties, to the best of their knowledge, state that the administrative record is complete and accurate. Notwithstanding, the parties would reserve objections regarding the adequacy of the record for the parties' respective briefs on the merits of the case.

5.     STATEMENT REGARDING ADDITIONAL EVIDENCE

    The parties do not intend to submit additional evidence.

6.     STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

    The parties, to the best of their knowledge, do not believe the case raises unusual claims or defenses.

7.     OTHER MATTERS

    The parties have no other matters to bring to the attention of the Court.

8. BRIEFING SCHEDULE

   The parties respectfully request the following briefing schedule:

   A. Plaintiff's opening brief due: **November 19, 2012**

   B. Defendant's response brief due: **December 19, 2012**

   C. Plaintiff's reply brief (if any) due: **January 3, 2013**

9. STATEMENTS REGARDING ORAL ARGUMENT

   Neither party requests oral argument.

10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

    All parties consent to the exercise of jurisdiction of a United States Magistrate Judge.

11. OTHER MATTERS

    THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C. COLO.L.CivR. 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON ALL ATTORNEYS OF RECORD AND ALL *PRO SE* PARTIES.

12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

    The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

    DATED this 9th day of October, 2012.

                                                BY THE COURT:


                                                *s/John L. Kane*
                                                U.S. DISTRICT COURT JUDGE

APPROVED:

s/ Michael W. Seckar  
Michael W. Seckar  
Attorney for Plaintiff  
402 W. 12th Street  
Pueblo, Colorado 81003  
(719) 543-8636  
seckarlaw@mindspring.com

John F. Walsh  
United States Attorney

J. Benedict García  
Assistant United States Attorney  
United States Attorney's Office  
District of Colorado

/s/ Michael S. Howard  
Michael S. Howard  
Special Assistant United States Attorney  
Office of the General Counsel  
Social Security Administration  
1001 17th St.  
Denver, Colorado 80202  
(303) 844-7192  
Michael.howard@ssa.gov

Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 9, 2012, I electronically filed the foregoing "Joint Case Management Plan for Social Security Cases" with the with the Clerk of Court using the CM/ECMF system which will send notification of such filing to the following e-mail address(es):

seckarlaw@mindspring.com
usa-co-civil_ecf@usdoj.gov

/s/ Michael S. Howard
Office of the General Counsel
Social Security Administration

5