IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   12-cv-01534-WYD

FILADELFIO T. SALAZAR,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration,

    Defendant.

## ORDER

THIS MATTER is before the Court on Plaintiff's Motion for Award of Attorneys' Fees Under the Equal Access to Justice Act, 28 U.S.C. § 2412 filed on December 26, 2013 and the Stipulated Motion for Attorney Fees Under the Equal Access to Justice Act filed on January 6, 2014.  The original motion filed by Plaintiff sought an award of fees in the amount of $5,786.59.  The stipulated motion advises the Court that the parties settled Plaintiff's request for attorney fees and now agree that Plaintiff will receive a total of $5,000.00.  Having reviewed the motions and finding good cause for the relief sought in the stipulated motion, it is

ORDERED that the Stipulated Motion for Attorney Fees Under the Equal Access to Justice Act (ECF No. 23) is **GRANTED**.  Attorney fees in the amount of **$5,000.00** are awarded to and shall be made payable to Plaintiff.  It is

FURTHER ORDERED that in light of the stipulated motion, Plaintiff's Motion for Award of Attorneys' Fees Under the Equal Access to Justice Act, 28 U.S.C. § 2412 (ECF No. 22) is **DENIED AS MOOT**.

Dated February 6, 2014

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior United States District Judge